FILED
CLERK, U.S. DISTRICT COURT
9/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD B. S.,[1]<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 20-07330-DMG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court has reviewed the Report, Plaintiff's objections, and Defendant's reply. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment shall be entered affirming the decision of the Commissioner consistent with the Report and Recommendation.

DATED: September 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.