Case 2:20-cv-07330-DMG-AFM   Document 33   Filed 09/26/22   Page 1 of 1   Page ID #:490

FILED
CLERK, U.S. DISTRICT COURT
9/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD B. S.,[1]<br><br>         Plaintiff,<br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. CV 20-07330-DMG (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: September 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.